UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RANDY NEW, | * |
| | * |
| Plaintiff, | * |
| | *  CIVIL ACTION FILE NO.: |
| v. | *  2:17-cv-00125-RWS |
| | * |
| LAKESHORE LOGISTICS, INC., | * |
| | *  **JURY TRIAL DEMANDED** |
| | * |
| Defendant | * |
| _____ | * |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Randy New, Plaintiff in the above-styled action, and Lakeshore Logistics, Inc., Defendant in the above- styled action, pursuant to Rule 4l(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, by and through their undersigned counsel, and hereby stipulate and agree to the dismissal with prejudice of the above-styled action. The parties agree that they shall bear their own costs, expenses and attorneys' fees.

Submitted this 2nd day of February, 2018.

**Stipulated by:**


**/s/ Stephen Levinson (*with express permission*)**
Stephen M. Levinson, Esq.
Georgia Bar No. 448810
345 Creekstone Ridge

Woodstock, GA 30188
Telephone: (770) 924-2424
Fax: (770) 924-2421
*Attorney for Defendant*


  **/s/ Douglas Kertscher**
Douglas R. Kertscher, Esq.
HILL, KERTSCHER &
WHARTON, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| RANDY NEW, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION FILE NO.: |
| v. | * 2:17-cv-00125-RWS |
| | * |
| LAKESHORE LOGISTICS, INC., | * |
| | * **JURY TRIAL DEMANDED** |
| | * |
| Defendant | * |
| _____ | * |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, I electronically filed this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record listed below:

Stephen M. Levinson, Esq.<br>
Georgia Bar No. 448810<br>
345 Creekstone Ridge<br>
Woodstock, GA 30188<br>
Telephone: (770) 924-2424<br>
Fax: (770) 924-2421

    /s/ Douglas Kertscher\_\_\_\_
Douglas R. Kertscher, Esq.
Georgia Bar No. 416265